No. 1123. People, Appellee, *v.* Pérez et al., Appellant.— Cruelty to animals.

No. 1127. People, Appellee, *v.* Arbona, Appellant.—Violation of Automobile Act.

San Juan, Section 2. January 16, 1917. *Judgments affirmed.*

---

No. 1614. Villamil et al., Appellees, *v.* Marrero, Municipal Secretary, Appellant.—Mandamus. Arecibo. January 18. 1917. *Appeal dismissed.*

---

No. 1615. Aguayo Bros. & Co., Ltd., Appellees, *v.* Quiles, Appellant.—Action of debt. Guayama. January 23, 1917. *Appeal dismissed.*

---

No. 174. New Córsica Centrale Corporation, Petitioner, *v.* Foote, District Judge, Respondent.—Certiorari. February 5, 1917. *Petition denied.*

---

No. 177. Amador et al., Petitioners, *v.* Lloreda, District Judge, Respondent.—Certiorari. February 9, 1917. *Petition denied.*

---

No. 1131. People, Appellee, *v.* Félix, Appellant.—Keeping house of ill fame. Humacao. February 16, 1917. *Appeal dismissed.*

---

No. 1130. People, Appellee, *v.* Ríos, Appellant.—Aggravated assault and battery. Aguadilla. February 19, 1917. *Judgment affirmed.*